David B. Chenkin
Jantra Van Roy
Robert Guttmann
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
*Attorneys for Interpleader Plaintiff*
 *LaSalle Bank National Association*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASALLE BANK NATIONAL ASSOCIATION.

                      Interpleader
                      Plaintiff,

- against -

UBS AG, London Branch and
MERRILL LYNCH INTERNATIONAL,

                      Interpleader
                      Defendants.

Case No. 08 ____( )

08 CIV 3692



**STATEMENT
PURSUANT TO
F.R.C.P. 7.1(a)**

---

        Pursuant to Federal Rule of Civil Procedure 7.1, LaSalle Bank National Association ("LaSalle"), by and through its undersigned counsel, hereby discloses that it is a subsidiary of LaSalle Bank Corp. whose parent is Bank of America Corp. Shares of Bank of America Corp. are publicly traded. No other publicly held company has an ownership interest of 10% or more in LaSalle.

Dated:   New York, New York
          April 17, 2008

                                    ZEICHNER ELLMAN & KRAUSE LLP

                      By: _____
                         David B. Chenkin
                         Jantra Van Roy
                         Robert Guttmann
                         *Attorneys for Interpleader Plaintiff*
                         *LaSalle Bank National Association*
                         575 Lexington Avenue
                         New York, New York 10022
                         (212) 223-0400