CHIN, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

LASALLE BANK NATIONAL ASSOCIATION,

        Interpleader
        Plaintiff,

    v.

UBS AG, London Branch and
MERRILL LYNCH INTERNATIONAL

        Interpleader
        Defendants.
----------------------------------------------------------X

08 Civ. 3692 (DC)

    WHEREAS, plaintiff LaSalle Bank National Association ("LaSalle") filed an Interpleader Complaint ("Complaint") in the above-captioned matter on April 17, 2008;

    WHEREAS, the Complaint was served on defendants Merrill Lynch International and UBS AG ("Defendants") on April 17, 2008, thus making the original date by which Defendants must answer or otherwise respond to the Complaint May 7, 2008;

    WHEREAS, counsel for Defendants requested and counsel for LaSalle agreed to an extension of the time for Defendants to answer or otherwise respond to the Complaint; and

    WHEREAS, this is Defendants' first request for an extension of time to answer or otherwise respond to the Complaint;

    NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties that

Defendants' time to answer or otherwise respond to the Complaint is extended to and including May 20, 2008.

Dated: May 6, 2008

Of Counsel:
Jerold S. Solovy
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
(312) 222-9350

MERRILL LYNCH INTERNATIONAL,

By: _____
One of Its Attorneys

Stephen L. Ascher
Patrick Trostle
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
sascher@jenner.com

LASALLE BANK NATIONAL ASSOCIATION,

By: _____
One of Its Attorneys

David B. Chenkin
Jantra Van Roy
Robert Guttmann
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022

UBS AG,

By: _____
One of Its Attorneys

Dane H. Butswinkas
R. Hackney Wiegmann
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, D.C. 20005

SO ORDERED.

USDJ  5/7/08

2