USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LASALLE BANK NATIONAL ASSOCIATION,

           Interpleader
           Plaintiff,

    v.

UBS AG, London Branch and
MERRILL LYNCH INTERNATIONAL

           Interpleader
           Defendants.
----------------------------------------------------------------X

08 Civ. 3692 (DC)

WHEREAS, plaintiff LaSalle Bank National Association ("LaSalle") filed an Interpleader Complaint ("Complaint") in the above-captioned matter on April 17, 2008;

WHEREAS, the Complaint was served on defendants Merrill Lynch International and UBS AG ("Defendants") on April 17, 2008, thus making the original date by which Defendants must answer or otherwise respond to the Complaint May 7, 2008 and;

WHEREAS, the parties originally agreed to extend the deadline for Defendants to answer or otherwise respond to the Complaint to May 20, 2008 and now agree to extend Defendants' time to answer or otherwise respond a second time, to May 23, 2008.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties that Defendants' time to answer or otherwise respond to the Complaint is extended to and including May 23, 2008.

Dated: May 20, 2008

                MERRILL LYNCH INTERNATIONAL,

                By: _____
                     One of Its Attorneys

                Stephen L. Ascher
                Patrick Trostle
                JENNER & BLOCK LLP
                919 Third Avenue, 37th Floor
                New York, New York 10022-3908
                sascher@jenner.com

Of Counsel:
Jerold S. Solovy
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
(312) 222-9350

                LASALLE BANK NATIONAL ASSOCIATION,

                By: _____
                     One of Its Attorneys

                David B. Chenkin
                Jantra Van Roy
                Robert Guttmann
                ZEICHNER ELLMAN & KRAUSE LLP
                575 Lexington Avenue
                New York, New York 10022

                UBS AG,

                By: _____
                     One of Its Attorneys

                Dane H. Butswinkas
                R. Hackney Wiegmann
                WILLIAMS & CONNOLLY LLP
                725 Twelfth St., N.W.
                Washington, D.C. 20005

SO ORDERED.

*[signature]*
USDJ
5/21/08