Chir JS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LASALLE BANK NATIONAL ASSOCIATION,

       Interpleader
       Plaintiff,

   v.                08 Civ. 3692 (DC)

UBS AG, London Branch and
MERRILL LYNCH INTERNATIONAL

       Interpleader
       Defendants.
------------------------------------------------------------------X

  WHEREAS, plaintiff LaSalle Bank National Association ("LaSalle") filed an Interpleader Complaint ("Complaint") in the above-captioned matter on April 17, 2008;

  WHEREAS, the Complaint was served on defendants Merrill Lynch International and UBS AG ("Defendants") on April 17, 2008, thus making the original date by which Defendants must answer or otherwise respond to the Complaint May 7, 2008 and;

  WHEREAS, the parties originally agreed to extend the deadline for Defendants to answer or otherwise respond to the Complaint to May 20, 2008, agreed to extend the deadline a second time to May 23, 2008 and now agree to extend Defendants' time to answer or otherwise respond a third time, to May 30, 2008.

  NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties that Defendants' time to answer or otherwise respond to the Complaint is extended to and including May 30, 2008.

Dated: May 23, 2008

          MERRILL LYNCH INTERNATIONAL,

          By: _____ /DH#
              One of Its Attorneys

          Stephen L. Ascher
          Patrick Trostle
          JENNER & BLOCK LLP
          919 Third Avenue, 37th Floor
          New York, New York 10022-3908
          sascher@jenner.com

Of Counsel:
Jerold S. Solovy
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
(312) 222-9350

          LASALLE BANK NATIONAL ASSOCIATION,

          By: _____ /DH#
              One of Its Attorneys

          David B. Chenkin
          Jantra Van Roy
          Robert Guttmann
          ZEICHNER ELLMAN & KRAUSE LLP
          575 Lexington Avenue
          New York, New York 10022

          UBS AG,

          By: _____ /DH#
              One of Its Attorneys

          Dane H. Butswinkas
          R. Hackney Wiegmann
          WILLIAMS & CONNOLLY LLP
          725 Twelfth St., N.W.
          Washington, D.C. 20005

SO ORDERED

_____
U.S.D.J.

5/27/08