CHIN, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LASALLE BANK NATIONAL ASSOCIATION,

                Interpleader
                Plaintiff,

     v.                                                      08 Civ. 3692 (DC)

UBS AG, London Branch and
MERRILL LYNCH INTERNATIONAL

                Interpleader
                Defendants.
------------------------------------------------------------X

WHEREAS, plaintiff LaSalle Bank National Association ("LaSalle") filed an Interpleader Complaint ("Complaint") in the above-captioned matter on April 17, 2008;

WHEREAS, the Complaint was served on defendants Merrill Lynch International and UBS AG ("Defendants") on April 17, 2008, thus making the original date by which Defendants must answer or otherwise respond to the Complaint May 7, 2008 and;

WHEREAS, the parties originally agreed to extend the deadline for Defendants to answer or otherwise respond to the Complaint to May 20, 2008, agreed to extend the deadline a second time to May 23, 2008, agreed to extend the deadline a third time to May 30, 2008 and now agree to extend Defendants' time to answer or otherwise respond a fourth time, to June 13, 2008.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the parties that Defendants' time to answer or otherwise respond to the Complaint is extended to and including June 13, 2008.

Dated: May 30, 2008

           MERRILL LYNCH INTERNATIONAL,

           By: _Stephen Ascher / gmd_
               One of Its Attorneys

           Stephen L. Ascher
           Patrick Trostle
           JENNER & BLOCK LLP
           919 Third Avenue, 37th Floor
           New York, New York 10022-3908
           sascher@jenner.com

Of Counsel:
Jerold S. Solovy
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
(312) 222-9350

           LASALLE BANK NATIONAL ASSOCIATION,

           By: _Jantra Van Roy / gmd_
               One of Its Attorneys

           David B. Chenkin
           Jantra Van Roy
           Robert Guttmann
           ZEICHNER ELLMAN & KRAUSE LLP
           575 Lexington Avenue
           New York, New York 10022

           UBS AG,

           By: _Dane H. Butswinkas / gmd_
               One of Its Attorneys

           Dane H. Butswinkas
           R. Hackney Wiegmann
           WILLIAMS & CONNOLLY LLP
           725 Twelfth St., N.W.
           Washington, D.C. 20005

*[Handwritten annotation:]* No further such extensions will be granted. The Court will hold a PTC on June 27, 2008 at noon. So ORDERED.

_[signature]_
USDJ 5/30/08

2

                                              U.S.D.J.