UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
LASALLE BANK NATIONAL ASSOCIATION,        :
:
            Interpleader        :
            Plaintiff,          :
:
   v.                                                 :    08 Civ. 3692 (DC)
:
UBS AG, London Branch and                       :    **ENTRY OF**
MERRILL LYNCH INTERNATIONAL,           :    **APPEARANCE**
:
            Interpleader        :
            Defendants.        :
------------------------------------------------------------------------X

      Seth A. Katz, of the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C., hereby enters his appearance in this case, for the purpose of receiving all filings, updates and Court docketing.

      Burg Simpson Eldredge Hersh & Jardine, P.C. represents Pursuit Partners, LLC and Pursuit Investment Management, LLC, who are interested parties in the above-captioned action, by virtue of their suit against UBS AG in Connecticut [Stamford] Superior Court, Case No. FST-CV-08-4013452-S.

      Respectfully submitted, this 9th day of June, 2008.

                                  By:    *s/Seth A. Katz*
                                      Seth A. Katz (CO Atty Reg. No. 37205)
                                      **BURG SIMPSON**
                                      **ELDREDGE HERSH & JARDINE, P.C.**
                                      40 Inverness Drive East
                                      Englewood, CO 80112
                                      Telephone:   303-792-5595
                                      Facsimile:    303)-708-0527
                                      skatz@burgsimpson.com
                                      *Attorneys for Interested Parties*
                                      *Pursuit Partners, LLC and*
                                      *Pursuit Investment Management, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2008, the foregoing ENTRY OF APPEARANCE was served on the following parties:

David Barry Chenkin, Esq.
Robert Guttmann, Esq.
Jantra Van Roy, Esq.
ZEICHNER ELLMAN & KRAUSE
575 Lexington Avenue
New York, NY 10022
*Attorneys for LaSalle Bank National Association*

Stephen L. Ascher, Esq.
Patrick Trostle, Esq.
JENNER & BLOCK, LLP
919 Third Avenue, 37th Floor
New York, NY 10022-3908
*Attorneys for Merrill Lynch International*

Dane H. Butswinkas, Esq.
R. Hackney Wiegmann
WILLIAMS & CONNOLLY LLP
725 Twelfth Street., N.W.
Washington, D.C. 20005
*Attorneys for UBS AG*

    *s/Seth A. Katz*
    Seth A. Katz

I:\CLIENTS\1\18624.04\Pleadings - Interpleader\Entry of Appearance SAK.wpd