CHIN, J

David B. Chenkin
Jantra Van Roy
Robert Guttmann
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2008

*Attorneys for Interpleader Plaintiff*
  *LaSalle Bank National Association*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION,<br><br>　　　　　　　Interpleader Plaintiff,<br><br>　　　　- against -<br><br>UBS AG, London Branch and<br>MERRILL LYNCH INTERNATIONAL,<br><br>　　　　　　　Interpleader Defendants. | Case No. 08 Civ. 3692 (DC)<br><br>**NOTICE OF DISMISSAL** |

　　　　TAKE NOTICE that plaintiff LaSalle Bank National Association dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:　New York, New York
　　　　June 9, 2008

　　　　　　　　　　　　　　　　ZEICHNER ELLMAN & KRAUSE LLP

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　David B. Chenkin
　　　　　　　　　　　　　　　　Jantra Van Roy
　　　　　　　　　　　　　　　　Robert Guttmann
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　  LaSalle Bank National Association
　　　　　　　　　　　　　　　　575 Lexington Avenue
　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　(212) 223-0400

U.S.D.J.
6/10/08